905 A.2d 914

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Frank STECKEL, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 3, 2006.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of August, 2006, the Petition for Allowance of Appeal is GRANTED. It is further ordered that the matter is remanded to the Court of Common Pleas of Clinton County for the appointment of counsel to assist Petitioner on appeal to this Court.

Jurisdiction retained.